Stephen M. Lobbin
**SML Avvocati P.C.**
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391
sml@smlavvocati.com

*Counsel for Plaintiff Control Sync Systems LLC*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONTROL SYNC SYSTEMS, LLC,** | Case No. 8:25-cv-2352 |
| Plaintiff, | |
| v. | COMPLAINT FOR PATENT INFRINGEMENT |
| **TTE TECHNOLOGY, INC. dba TCL NORTH AMERICA,** | DEMAND FOR JURY TRIAL |
| Defendant. | |

Plaintiff Control Sync Systems, LLC files this Original Complaint for Patent Infringement against TTE Technology, Inc. dba TCL North America, and would respectfully show the Court as follows:

## I.  NATURE OF THE LAWSUIT

1.     This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") resulting from TTE Technology, Inc. dba TCL North America infringing, in an illegal and unauthorized manner and without authorization and/or consent from Control Sync Systems, LLC, United States Patent No. 7,812,889 pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

## II.  THE PARTIES

2.      Plaintiff Control Sync Systems, LLC ("CSS" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

3.      On information and belief, Defendant TTE Technology, Inc. dba TCL North America ("TCL" or "Defendant") is a Delaware corporation with a regular and established places of business at 189 Technology Drive, Irvine, California 92618.  Defendant has a registered agent at Delaware Business Filings Incorporated, at 330 N. Brand Blvd, Glendale, California 91203.

## II.  JURISDICTION AND VENUE

4.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

5.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the California Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 189 Technology Drive, Irvine, California 92618.

6.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within California.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in California.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within California.  Defendant has committed such purposeful acts and/or transactions in California such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

7.     Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in California and in this District at 189 Technology Drive, Irvine, California 92618.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

8.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,812,889)

9.     Plaintiff incorporates the above paragraphs herein by reference.

10.     On October 12, 2010, United States Patent No. 7,812,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '889 Patent is attached hereto as Exhibit A and incorporated herein by reference.

11.     CSS is the assignee of all right, title, and interest in the '889 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '889 Patent.  Accordingly, CSS possesses the exclusive right and standing to prosecute the present action for infringement of the '889 Patent by Defendant.

12.     The '889 Patent relates to the field of control systems and more particularly to a control system for controlling video and audio parameters of a display device and a play device synchronously.  (Ex. A at 1:8-11).  The '889 Patent describes a technical problem with controlling a system comprising two media devices.

13.     For example, there is a system comprising a display device (such as a television or projector) and a play device (such as a DVD player).  (*Id.* at 1:13-17).  The display device has image display module and a sound display module for displaying images and sound respectively.  (*Id.* at 1:17-20).  The play device uses a module to process video data and audio data so that the

display device displays and generates the corresponding images and sound, which are controlled by video and audio parameters. (*Id.* at 1:21-25). Both the play device and display device have on screen display ("OSD") systems. (*Id.* at 1:26-28). A user can input a first OSD signal through a remote control for the display device or use a button on the casing of the display device to control the video and audio parameters of the display device. (*Id.* at 1:34-39). A user can also input a second OSD signal through a separate remote control for the play device or through a button on the casing of the play device to control the video and audio parameters of the display device. (*Id.* at 1:29-33).

14. Separate OSD systems for the display device and play device often annoys the user. (*Id.* at 1:40-41). For example, a user may have difficulty controlling the sound in a system of a display device and play device. (*Id.* at 1:41-43). For example, after turning on a projector and a DVD player, the user may feel the sound is too loud. (*Id.*). The user sends the second OSD signal to the OSD system of the DVD play device through the remote control of the DVD play device, which results in the sound of the DVD play device being lowered. (*Id.* at 1:43-46). However, if the user feels the sound is still too loud, then the user realizes that it is the sound of the projector play device that is too loud. (*Id.* at 1:46-48). So the user then uses the remote control of the projector play device to input the first OSD signal to finally lower the sound of the projector. (*Id.* at 1:50-51). It is therefore really inconvenient and troublesome for a user to pass through multiple steps using multiple remote controls to get the sound that the user seeks. (*Id.* at 1:52-54). The inventors therefore sought to create a control system for controlling video and audio parameters of a display device and a play device to solve the problem. (*Id.* at 1:55-58).

15. **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 1 of the '889 Patent in California, this District and elsewhere in the United States. As shown below, Defendant makes, uses, sells and/or offers to

sell a control system used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, the video and audio parameters controlling the images and sound that infringes claim 1.  For the purposes of demonstrating the infringement, Plaintiff uses Defendant's QM6K Series QD-Mini LED QLED 4K UHD Smart TV with Google TV television as an exemplary device; however, the analysis is equally applicable to the use of Defendant's other Consumer Electronic Control ("CEC") products.

16.    TCL provides TCL 55'' QM6K Series QD-Mini LED QLED 4K UHD Smart TV with Google TV ("display device") which include a feature of HDMI-CEC (High-Definition Multimedia Interface - Consumer Electronics Control), a standard-based control system that allows users to control multiple multimedia devices such as DVD player ("play device"), game console, or cable box using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI cables. The single remote control of TV is utilized to control video playback such as play/pause ("video and audio parameters") for both the TV and the connected multimedia device. Finally, the connected multimedia device such as DVD player transmits the video signals to the TV ("the display device receiving video and audio data from the play device to display and generate corresponding images and sound").



(*E.g.,*       https://www.tcl.com/us/en/products/home-theater/qm6-class/55-class-4k-uhd-hdr-qd-
mini-led-qled-smart-google-tv-55qm6k).[1]



---

[1] Red boxes, lines, and text annotations are added to the images.

COMPLAINT - 6

(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).



(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).



(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).

# Activating Control Other Devices (CEC) for Google TV.

Learn how to control other devices with your Google TV using Consumer Electronics Control (CEC).

Your TCL Google TV includes a feature called **Control Other Devices (CEC)**. This allows you to control your TV using a compatible device's remote—such as a cable or satellite box remote—without needing multiple remotes.

## How to Turn On CEC (Control Other Devices)

To enable this feature, follow these simple steps on your TCL Google TV:

From the **Home screen**, go to **Settings**

Navigate to **Channels & Inputs**

Select **Inputs**

Choose **External Devices Control**

Enable **Power on the TV in sync**

Once enabled, your TV and connected devices can work together more seamlessly—for example, powering on at the same time or changing volume with a single remote.

(*E.g.*, https://support.tcl.com/us-googletv-setup-configuration/activating-control-other-devices-cec-for-google-tv).

## External Inputs

You can see the connected input, standby inputs and set the name of these inputs and select whether to display them in the input list.

• **External devices control (CEC):** Control the devices connected by HDMI.

**HDMI Control:** Allows control of compatible HDMI-connected devices.

**eARC:** Support for high-quality sound output from HDMI4 (ARC/eARC) audio devices.

**Power on the TV in sync:** Allows to power on the TV synchronously when turning on the compatible HDMI-connected device.

**Device standby in sync:** Allows the compatible HDMI-connected devices to synchronously standby while the TV is on standby.

**Auto Switch:** Automatic standby to save energy when the HDMI-connected device is not in use.

(*E.g.*, https://www.tcl.com/usca/content/dam/tcl/product/home-theater/user-guides/qmxk/50-85QM6K%20US_EN.pdf).

# CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.1      End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 13.7      Deck Control

### CEC 13.7.1       Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2       Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

17.    Defendant makes, uses, sells and/or offers to sell a control system comprising an on screen display (OSD) system of the display device disposed in the display device for receiving a first OSD signal from external of the display device.  For example, the TCL 55'' QM6K Series QD-Mini LED QLED 4K UHD Smart TV with Google TV ("display device") receives control commands such as play and pause signals ("first OSD signal") from the TV's remote control ("external of the display device"). It would be apparent for a person having ordinary skills in the art that the TV includes an on-screen display (OSD) system that receives the first OSD signal from the remote control.



(*E.g.*,    https://www.tcl.com/us/en/products/home-theater/qm6-class/55-class-4k-uhd-hdr-qd-mini-led-qled-smart-google-tv-55qm6k).

# Activating Control Other Devices (CEC) for Google TV.

Learn how to control other devices with your Google TV using Consumer Electronics Control (CEC).

Your TCL Google TV includes a feature called **Control Other Devices (CEC)**. This allows you to control your TV using a compatible device's remote—such as a cable or satellite box remote—without needing multiple remotes.

## How to Turn On CEC (Control Other Devices)

To enable this feature, follow these simple steps on your TCL Google TV:

From the **Home screen**, go to **Settings**

Navigate to **Channels & Inputs**

Select **Inputs**

Choose **External Devices Control**

Enable **Power on the TV in sync**

Once enabled, your TV and connected devices can work together more seamlessly—for example, powering on at the same time or changing volume with a single remote.

(*E.g.*,  https://support.tcl.com/us-googletv-setup-configuration/activating-control-other-devices-cec-for-google-tv).



external of the display device

(*E.g.,* https://www.tcl.com/usca/content/dam/tcl/product/home-theater/q-class/qm6k/documents/QM6K%20US%20QSG.pdf).



(*E.g.,* https://www.tcl.com/usca/content/dam/tcl/product/home-theater/q-class/qm6k/documents/QM6K%20US%20QSG.pdf).

## CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.,* https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.1        End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.2        Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

     18.    Defendant makes, uses, sells and/or offers to sell a control system comprising an encoding/decoding module of the display device disposed in the display device for encoding the first OSD signal received by the OSD system into a first data signal.  For example, the remote control of TCL 55'' QM6K Series QD-Mini LED QLED 4K UHD Smart TV with Google TV sends control commands such as play or pause to control the playback of the connected multimedia device, such as a DVD player ("play device"), on the TV. The TV receives the play command ("first OSD signal") and sends it to the connected multimedia device. The play command sent to the connected multimedia device controls its playback. Since the play command is sent from the remote control, received by the TV, and then sent to the connected multimedia device to control its playback, it would be apparent for a person having ordinary skills in the art that the TV includes an encoding/decoding module that encodes the received play command into a data signal that controls the playback of the multimedia device.



(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).



(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).

## External Inputs

You can see the connected input, standby inputs and set the name of these inputs and select whether to display them in the input list.

• **External devices control (CEC):** Control the devices connected by HDMI.

**HDMI Control:** Allows control of compatible HDMI-connected devices.

**eARC:** Support for high-quality sound output from HDMI4 (ARC/eARC) audio devices.

**Power on the TV in sync:** Allows to power on the TV synchronously when turning on the compatible HDMI-connected device.

**Device standby in sync:** Allows the compatible HDMI-connected devices to synchronously standby while the TV is on standby.

**Auto Switch:** Automatic standby to save energy when the HDMI-connected device is not in use.

(*E.g.*,    https://www.tcl.com/usca/content/dam/tcl/product/home-theater/user-guides/qmxk/50-85QM6K%20US_EN.pdf).

# Activating Control Other Devices (CEC) for Google TV.

Learn how to control other devices with your Google TV using Consumer Electronics Control (CEC).

Your TCL Google TV includes a feature called **Control Other Devices (CEC)**. This allows you to control your TV using a compatible device's remote—such as a cable or satellite box remote—without needing multiple remotes.

## How to Turn On CEC (Control Other Devices)

To enable this feature, follow these simple steps on your TCL Google TV:

From the **Home screen**, go to **Settings**

Navigate to **Channels & Inputs**

Select **Inputs**

Choose **External Devices Control**

Enable **Power on the TV in sync**

Once enabled, your TV and connected devices can work together more seamlessly—for example, powering on at the same time or changing volume with a single remote.

(*E.g.*,   https://support.tcl.com/us-googletv-setup-configuration/activating-control-other-devices-cec-for-google-tv).

COMPLAINT - 17



**Step 3**  **Grab your remote**

The TV remote should feel right at home in your hand. We designed it to be incredibly intuitive for watching TV and navigating on-screen menus.

🔇 **MUTE** Press the button to mute the sound

○ **REMOTE MICROPHONE** Talk to the remote microphone after pressing the Google Assistant button

⏻ **POWER** Turn TV on and off

⊡ **INPUT** To select input source and display the quick panel

☰ **QUICK SETTINGS** Open the quick menu

⌃⌄⟨⟩ **CIRCULAR D-PAD** Navigation direction buttons (Up/Down/Left/Right)

OK **OK BUTTON** To confirm an entry or selection

← **BACK** Return to previous screen

⚙ **SETTINGS** To display the dashboard menu

🎤 **GOOGLE ASSISTANT BUTTON** Press to activate the remote's Google Assistant microphone. Search content through your voice by holding down the button.

🏠 **HOME** To access the TV homepage

📺 **LIVE GUIDE** Open the Live TV Electronic Programming Guide (EPG)

VOL ＋／－ **VOLUME** Raise and lower volume

123 **VIRTUAL KEYBOARD** To display the on-screen keyboard

ⓘ **INFORMATION** In TV source, press to view the program information

CH ⌃⌄ **CHANNEL** To change channels

(*E.g.,* https://www.tcl.com/usca/content/dam/tcl/product/home-theater/q-class/qm6k/documents/QM6K%20US%20QSG.pdf).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.,* https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*Id.*).

19.     Defendant makes, uses, sells and/or offers to sell a control system comprising a bus connected to the display device for sending the first data signal out of the display device and transmitting the first data signal to the play device. For example, TCL 55'' QM6K Series QD-Mini LED QLED 4K UHD Smart TV with Google TV ("display device") features HDMI-CEC, a standard-based control system that allows users to control multiple multimedia devices such as a DVD player ("play device"), a game console, or a cable box using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI

cables ("bus"). The HDMI cables are used for sending control commands, such as play, to the connected multimedia device.



(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).

(*E.g.*, https://www.tcl.com/usca/content/dam/tcl/product/home-theater/user-guides/qmxk/50-85QM6K%20US_EN.pdf).



(*E.g.*, https://www.tcl.com/usca/content/dam/tcl/product/home-theater/q-class/qm6k/documents/QM6K%20US%20QSG.pdf).

20.     Defendant makes, uses, sells and/or offers to sell a control system wherein the display device receives the first OSD signal to control the video and audio parameters of the display device, the play device is decoding the first data signal received from the bus to control the video and audio parameters of the play device. For example, the remote control of TCL 55'' QM6K Series QD-Mini LED QLED 4K UHD Smart TV with Google TV sends control commands such as play to control the playback of the connected multimedia device, such as a DVD player ("play device"), on the TV. The TV receives the play command ("first OSD signal") and the playback of the TV gets controlled. Further, the TV sends the play command to the connected multimedia device to control the playback. Since the play command is sent from the remote control, received by the TV, controls the playback of the TV, and then sent to the connected multimedia device to control its playback, therefore, upon information and belief, the connected multimedia device decodes the play command to control its playback, such as play/pause ("video and audio parameters").



(*E.g.*, https://www.youtube.com/watch?v=7Jz01c21BPA).

## External Inputs

You can see the connected input, standby inputs and set the name of these inputs and select whether to display them in the input list.

• **External devices control (CEC):** Control the devices connected by HDMI.

**HDMI Control:** Allows control of compatible HDMI-connected devices.

**eARC:** Support for high-quality sound output from HDMI4 (ARC/eARC) audio devices.

**Power on the TV in sync:** Allows to power on the TV synchronously when turning on the compatible HDMI-connected device.

**Device standby in sync:** Allows the compatible HDMI-connected devices to synchronously standby while the TV is on standby.

**Auto Switch:** Automatic standby to save energy when the HDMI-connected device is not in use.

(*E.g.*,    https://www.tcl.com/usca/content/dam/tcl/product/home-theater/user-guides/qmxk/50-85QM6K%20US_EN.pdf).

# Activating Control Other Devices (CEC) for Google TV.

Learn how to control other devices with your Google TV using Consumer Electronics Control (CEC).

Your TCL Google TV includes a feature called **Control Other Devices (CEC)**. This allows you to control your TV using a compatible device's remote—such as a cable or satellite box remote—without needing multiple remotes.

## How to Turn On CEC (Control Other Devices)

To enable this feature, follow these simple steps on your TCL Google TV:

From the **Home screen**, go to **Settings**

Navigate to **Channels & Inputs**

Select **Inputs**

Choose **External Devices Control**

Enable **Power on the TV in sync**

Once enabled, your TV and connected devices can work together more seamlessly—for example, powering on at the same time or changing volume with a single remote.

(*E.g.*,  https://support.tcl.com/us-googletv-setup-configuration/activating-control-other-devices-cec-for-google-tv).

COMPLAINT - 24

**Step 3**  **Grab your remote**

The TV remote should feel right at home in your hand. We designed it to be incredibly intuitive for watching TV and navigating on-screen menus.



**MUTE** Press the button to mute the sound

**REMOTE MICROPHONE** Talk to the remote microphone after pressing the Google Assistant button

**POWER** Turn TV on and off

**INPUT** To select input source and display the quick panel

**QUICK SETTINGS** Open the quick menu

**CIRCULAR D-PAD** Navigation direction buttons (Up/Down/Left/Right)

**OK BUTTON** To confirm an entry or selection

**BACK** Return to previous screen

**SETTINGS** To display the dashboard menu

**GOOGLE ASSISTANT BUTTON** Press to activate the remote's Google Assistant microphone. Search content through your voice by holding down the button.

**HOME** To access the TV homepage

**LIVE GUIDE** Open the Live TV Electronic Programming Guide (EPG)

**VOLUME** Raise and lower volume

**VIRTUAL KEYBOARD** To display the on-screen keyboard

**INFORMATION** In TV source, press to view the program information

**CHANNEL** To change channels

(*E.g.,*  https://www.tcl.com/usca/content/dam/tcl/product/home-theater/q-class/qm6k/documents/QM6K%20US%20QSG.pdf).

## CEC 3.1  **End-User Features**

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

COMPLAINT - 25

## CEC 3.2       Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7       Deck Control

### CEC 13.7.1       Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2       Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).

COMPLAINT - 26



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

21.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '889 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

22.    On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## V.   **JURY DEMAND**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.   **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claims 1, of United States Patent No. 7,812,889 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.    That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.    That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

October 16, 2025

OF COUNSEL:

David R. Bennett
(motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

Respectfully Submitted,

 /s/ Stephen M. Lobbin
Stephen M. Lobbin
SML Avvocati P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391
sml@smlavvocati.com

*Attorneys for Plaintiff Control Sync Systems, LLC*